UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAYCO, INC., et al.,<br><br>  Defendants. | Case No. 3:23-CV-86-CCB-AZ |

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 111) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, and on the merits, without costs to any of the parties. The Clerk is **DIRECTED** to close this case.

SO ORDERED on December 3, 2025.

  /s/*Cristal C. Brisco*
  CRISTAL C. BRISCO, JUDGE
  UNITED STATES DISTRICT COURT